## John M. Gavin, Appellee, v. State Bank of Monticello, Indiana, Appellant.

### Gen. No. 21,951.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. DAVID
T. SMILEY, Judge, presiding.    Heard in this court at the October
term, 1915.    Reversed and remanded.    Opinion filed March 7, 1916.

### Statement of the Case.

Action by John M. Gavin, plaintiff, against State
Bank of Monticello, Indiana, defendant, to recover
amount of certificate of deposit, with interest, issued
by defendant bank to Columbia Casualty Company,
which certificate plaintiff claimed was indorsed to
him.    From a judgment by default in favor of plain-
tiff, the defendant appeals.

The errors assigned in this case are the same as
those in *Treadwell v. Central Bank of West Lebanon,
ante,* p. 203, and court referring to such case holds that
for the reasons stated in that opinion the judgment of
the County Court should be reversed and remanded for
new trial.

JAMES BINGHAM and CASTLE, WILLIAMS, LONG &
CASTLE, for appellant.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appellee;
MITCHELL D. FOLLANSBEE, CLYDE E. SHOREY and JOHN
E. GAVIN, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the
court.